AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.    **25-1195**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **PrimeFlight Aviation Services, Inc.**
was recieved by me on  **4/08/2025:**

☐    I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐    I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒    I served the summons on **Natasha Ware**, who is designated by law to accept service of process on behalf of **PrimeFlight Aviation Services, Inc.** at **Three Sugar Creek Center Blvd Suite 450, Sugar Land, TX 77478** on **04/09/2025 at 9:24 AM**; or

☐    I returned the summons unexecuted because ; or

☐    Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   04/09/2025

*Server's signature*

**Elliot Okoh**
*Printed name and title*

**18600 S Parkview Dr.
2034
Houston, TX 77084**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Natasha Ware who identified themselves as the employee with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 45-55 years of age, 5'4"-5'6" tall and weighing 180-200 lbs with glasses.  I handed the document to an employee of the company who is the front desk officer.**





Tracking #: **0165071990**