AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

SONDRA BREWER AND CHARLES BREWER )
)
)
)
*Plaintiff(s)* )
v. ) Civil Action No. 25-1195 JAG
AMERICAN INTERNATIONAL GROUP, INC. et al )
)
)
)
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

Frontier Airlines

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David C. Indiano, Esq.

Indiano & Williams, P.S.C.
207 del Parque Street; 3rd Floor
San Juan, PR 00912

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ADA I. GARCIA-RIVERA, ESQ.
*CLERK OF COURT*

Date: 04/07/2025

Digitally signed by Ana Duran
Date: 2025.04.07 09:43:04 -04'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **25-1195**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **Frontier Airlines Holding, Inc.**
was recieved by me on  **4/08/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **TYLER BARTLETT**, who is designated by law to accept service of process on behalf of **Frontier Airlines Holding, Inc.** at **4545 Airport Way, Denver, CO 80239** on **04/09/2025 at 12:59 PM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 75.00** for services, for a total of **$ 75.00**.

I declare under penalty of perjury that this information is true.

Date:  04/09/2025

*Server's signature*

**Raul Aranda**
*Printed name and title*

**9344 SEDALIA ST**
**Commerce City, CO 80022**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to TYLER BARTLETT who identified themselves as the person authorized to accept with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a gray-haired white male contact 45-55 years of age, 5'6"-5'8" tall and weighing 240-300 lbs.  SENIOR MANAGER**





Tracking #: **0165116229**