AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Puerto Rico

| | |
|---|---|
| SONDRA BREWER AND CHARLES BREWER <br><br> *Plaintiff(s)* <br> v. <br> PRIMEFLIGHT AVIATION SERVICES, INC. et al <br><br> *Defendant(s)* | ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 25-1195 JAG <br> ) <br> ) <br> ) <br> ) <br> ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

PRIMEFLIGHT AVIATION SERVICES, INC.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

David C. Indiano, Esq.

Indiano & Williams, P.S.C.
207 del Parque Street; 3rd Floor
San Juan, PR 00912

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ADA I. GARCIA-RIVERA, ESQ.
*CLERK OF COURT*

Date: 04/07/2025

Digitally signed by Ana Duran
Date: 2025.04.07 09:42:48 -04'00'

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   **25-1195**

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for   **PrimeFlight Aviation Services, Inc.**
was recieved by me on  **4/08/2025:**

☐   I personally served the summons on the individual at *(place)*  on *(date)* ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* , a person of suitable age and discretion who resides there, on , and mailed a copy to the individual's last known address; or

☒   I served the summons on **Natasha Ware**, who is designated by law to accept service of process on behalf of **PrimeFlight Aviation Services, Inc.** at **Three Sugar Creek Center Blvd Suite 450, Sugar Land, TX 77478** on **04/09/2025 at 9:24 AM**; or

☐   I returned the summons unexecuted because ; or

☐   Other *(specify)*

My fees are $ 0 for travel and **$ 85.00** for services, for a total of **$ 85.00**.

I declare under penalty of perjury that this information is true.

Date:   04/09/2025

*Server's signature*

**Elliot Okoh**
*Printed name and title*

**18600 S Parkview Dr.
2034
Houston, TX 77084**

*Server's address*

Additional information regarding attempted service, etc:

**I delivered the documents, SUMMONS; COMPLAINT,  to Natasha Ware who identified themselves as the employee with identity confirmed by subject stating their name. The individual accepted service with direct delivery. The individual appeared to be a black-haired black female contact 45-55 years of age, 5'4"-5'6" tall and weighing 180-200 lbs with glasses.  I handed the document to an employee of the company who is the front desk officer.**





Tracking #: **0165071990**