IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| SONDRA BREWER and CHARLES BREWER<br><br>Plaintiffs,<br><br>v.<br><br>PIMEFLIGHT AVIATION SERVICES, INC., FRONTIER AIRLINES HOLDINGS, INC.;AIG AEROSPACE INSURANCE SERVICES, INC.,); DOES I-X., AND ANY OTHER JOINT TORTFEASORS<br><br>Defendants. | Civil No.: 25-1195<br><br><br>RE: TORT ACTION FOR NEGLIGENCE PURSUANT TO ARTICLE 1536 & 1540, 31 L.P.R.A §§ 10801, 10805.<br><br>JURY TRIAL DEMANDED |

## NOTICE OF APPEARANCE

**APPEAR NOW** Plaintiffs, through their undersigned attorney, and respectfully request as follows:

The undersigned, Joanne Pimentel de Jesús, hereby appears on behalf of the Plaintiffs in this action, thus joining Plaintiffs' present attorney of record. The undersigned respectfully requests that this Honorable Court take notice of this appearance and notify the undersigned of all filings in the above captioned case.

**WHEREFORE**, it is respectfully requested that this Honorable Court **TAKE NOTICE** of the undersigned's appearance on behalf of the Plaintiffs and notify the undersigned of all filings in the above captioned case.

**RESPECTFULLY SUBMITTED**.

In San Juan, Puerto Rico this 22nd day of April, 2025.

**INDIANO & WILLIAMS, P.S.C.**
207 del Parque Street; Third Floor
San Juan, P.R. 00912
Tel: (787) 641-4545; Fax: (787) 641-4544
joanne.pimentel@indianowilliams.com

by:   *s/ Joanne Pimentel de Jesús*
          Joanne Pimentel de Jesús
          USDC PR Bar No. 309005